AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dean Alton Holcomb, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.     1:16-cv-02701-MGL |
| Ronald I. Hollister, Director; South Carolina, et al, ) | |
| *Respondents* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Dean Alton Holcomb, shall take nothing of the respondents, Ronald I. Hollister and South Carolina, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action without prejudice.

Date:   October 25, 2016                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/M. Walker
                                                                    *Signature of Clerk or Deputy Clerk*